No. 546. FARREN *v.* MAHONEY, ACTING WARDEN. October 13, 1941. Petition for writ of certiorari to the Supreme Court of the State of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Patrick Farren, pro se.*

No. 556. CURLEY *v.* CURLEY. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wm. J. Neale* for petitioner. *Messrs. Alvin L. Newmyer* and *David G. Bress* for respondent.

No. 47. OATES ET UX. *v.* NEW YORK LIFE INSURANCE Co. October 13, 1941. The motion to dispense with the printing of the record is granted. The petition for writ of certiorari to the Supreme Court of Florida is denied. *Mr. W. B. Dickenson, Jr.* for petitioners. *Messrs. Raymond D. Knight* and *Henry P. Adair* for respondent.

No. 94. BOARD OF COMMISSIONERS OF SAN JUAN *v.* DE CASTRO. October 13, 1941. The motion for leave to file opposition to the petition is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit is denied. *Mr. F. Fernandez Cuyar* for petitioner. *Mr. Hugh R. Francis* for respondent.